to adjudicate whether the child was freed for adoption. (Appeal from Order of Genesee County Family Court, Graney, J.—Visitation.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Balio, JJ.

■ In the Matter of the Estate of JOHN W. SCOFIELD, Deceased. BRUCE SCOFIELD, Appellant; NORA SCOFIELD, Respondent. [648 NYS2d 366] —Order unanimously affirmed with costs for reasons stated in decision at Genesee County Surrogate's Court, Morton, S. (Appeal from Order of Genesee County Surrogate's Court, Morton, S.—Summary Judgment.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. HAMILTON, Appellant. (Appeal No. 1.) [648 NYS2d 366] —Judgment unanimously affirmed (see, People v Clark, 176 AD2d 1206, 1207, lv denied 79 NY2d 854). (Appeal from Judgment of Yates County Court, Falvey, J.—Felony Driving While Intoxicated.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. HAMILTON, Appellant. (Appeal No. 2.) [648 NYS2d 367] —Judgment unanimously affirmed (see, People v Clark, 176 AD2d 1206, 1207, lv denied 79 NY2d 854). (Appeal from Judgment of Yates County Court, Falvey, J.—Felony Driving While Intoxicated.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER GARRETT, Appellant. [648 NYS2d 367] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention of defendant that he was denied effective assistance of counsel. The evidence, the law, and the circumstances of this case, viewed in totality and as of the time of representation, establish that defense counsel provided meaningful representation (see, People v Baldi, 54 NY2d 137, 147).

The sentence imposed is neither unduly harsh nor severe, and we decline to modify it as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [b]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROCKY MITCHELL, Respondent. [647 NYS2d 637] —Order unanimously reversed on the law, motion denied, count one of indictment reinstated and matter remitted to Onondaga County